# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN PHARMACEUTICALS INC. AND MSN LABORATORIES PVT. LTD.,<br><br>Defendants. | C.A. No. 23-689-JFB-CJB |

## *UNOPPOSED* MOTION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Defendants have requested an extension of time to respond to the Complaint;

WHEREAS, Plaintiffs do not oppose Defendants' request for a 60-day extension of time to respond to the Complaint; and

WHEREAS, Defendants are in the process of obtaining Delaware counsel in this matter, but counsel for Defendants have consented to the filing of this motion;

NOW THEREFORE, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") hereby respectfully request, through their undersigned counsel and subject to the approval of the Court, that the time for the Defendants to move against, answer, or otherwise respond to Plaintiffs' complaint be extended to and including October 30, 2023.

ME1 45840377v.1

| | |
|---|---|
| Dated: August 25, 2023 | MCCARTER & ENGLISH, LLP |
| | /s/ *Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Simon D. Roberts | Renaissance Centre |
| Jason A. Leonard | 405 N. King Street, 8th Floor |
| Vincent Li | Wilmington, Delaware 19801 |
| Jayita Guhaniyogi | (302) 984-6300 |
| MCDERMOTT WILL & EMERY | dsilver@mccarter.com |
| One Vanderbilt Avenue | ajoyce@mccarter.com |
| New York, NY 10017-3852 | |
| (212) 547-5700 | *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

2

ME1 45840377v.1