# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., ASTELLAS PHARMA US, INC., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 23-689-JFB-CJB ) ) ) ) ) ) ) ) |

## PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs"), by and through their undersigned counsel, respectfully move the Court to enforce a settlement agreement entered into by the parties. The grounds for this motion are set forth in the accompanying opening brief.

WHEREFORE, Astellas respectfully requests the Court to grant this motion and to enter the attached proposed order.

ME1 46693688v.1

|  |  |
|---|---|
| Dated: November 10, 2023 | MCCARTER & ENGLISH, LLP |
|  | */s/ Daniel M. Silver*  |
|  | Daniel M. Silver (#4758) |
|  | Alexandra M. Joyce (#6423) |
| OF COUNSEL: | Renaissance Centre |
|  | 405 N. King Street, 8th Floor |
| Simon D. Roberts | Wilmington, Delaware 19801 |
| Jason A. Leonard | (302) 984-6300 |
| Vincent Li | dsilver@mccarter.com |
| Jayita Guhaniyogi | ajoyce@mccarter.com |
| MCDERMOTT WILL & EMERY |  |
| One Vanderbilt Avenue |  |
| New York, NY 10017-3852 | *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* |