# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., ASTELLAS PHARMA US, INC., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-689-JFB-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

The Court, having considered Plaintiffs' Motion to Enforce Settlement Agreement (the "Motion"), the relevant papers and submissions, and any opposition and reply thereto,

IT IS HEREBY ORDERED, on this ___ day of _____, 2023, that the Motion is GRANTED.

 

 

_____
UNITED STATES DISTRICT JUDGE

ME1 46693688v.1