# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., ASTELLAS PHARMA US, INC., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 23-689-JFB-CJB ) ) ) ) ) ) ) ) ) |

## CERTIFICATION OF COUNSEL UNDER LOCAL RULE 7.1.1.

Pursuant to D. Del. LR 7.1.1, counsel for the parties met and conferred regarding the relief sought in Plaintiffs' Motion to Enforce Settlement Agreement, including verbally by teleconference between Delaware counsel, and the parties were unable to reach an agreement on the relief sought therein.

| | |
|---|---|
| Dated: November 10, 2023 | MCCARTER & ENGLISH, LLP <br><br> */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) |
| OF COUNSEL: | Renaissance Centre <br> 405 N. King Street, 8th Floor |
| Simon D. Roberts <br> Jason A. Leonard <br> Vincent Li <br> Jayita Guhaniyogi <br> MCDERMOTT WILL & EMERY <br> One Vanderbilt Avenue <br> New York, NY 10017-3852 | Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* |

ME1 46693392v.1