# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., ASTELLAS PHARMA US, INC., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-689-JFB-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO STAY PENDING RESOLUTION OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") by and through their undersigned counsel, respectfully move the Court to stay this action and order that all evidence be preserved pending resolution of Plaintiffs' motion to enforce settlement agreement. The grounds for the motion to stay are set forth in the letter brief filed contemporaneously herewith.

ME1 46861897v.1

Dated: November 29, 2023

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Vincent Li
Jayita Guhaniyogi
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*