IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., ASTELLAS PHARMA US, INC., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 23-689-JFB-CJB ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY PENDING RESOLUTION OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**

The Court, having considered Plaintiffs' Motion to Stay pending resolution of Motion to Enforce Settlement Agreement (the "Motion"), the relevant papers and submissions, and any opposition and reply thereto, hereby GRANTS the Motion; and further it is

ORDERED that this action is stayed pending further order of the Court; and further it is

ORDERED that the parties meet and confer regarding the preservation of evidence during the stay, including on the issue of ensuring Plaintiffs' opportunity to test representative samples of Defendants' 25 mg and 50 mg strengths of mirabegron extended-release tablets that are the subject of ANDA No. 218543 prior to their expiration.

ME1 46861897v.1

IT IS HEREBY ORDERED, on this ___ day of _____, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

ME1 46861897v.1